IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL REIS,<br><br>               Defendant. | **8:23CR46**<br><br>**ORDER** |

      On December 28, 2023 the court held a hearing on the motion of Attorney Andrew J. Wilson to withdraw as counsel for the defendant, Michael Reis (Filing No. 21) and the Defendant's own Motion for New Attorney (Filing No. 23). After inquiry of the Defendant and his counsel the court granted Andrew J. Wilson's motion to withdraw (Filing No. 21) and the Defendant's Motion for New Attorney (Filing No. 23).

      Joseph L. Howard, 1403 Farnam Street, Suite 232, Omaha, NE 68102, (402) 884-7044, is appointed to represent Michael Reis for the balance of these proceedings pursuant to the Criminal Justice Act. Andrew J. Wilson shall forthwith provide Joseph L. Howard with the discovery materials provided the defendant by the government and such other materials obtained by Andrew J. Wilson which are material to Michael Reis' defense.

      The clerk shall provide a copy of this order to Joseph L. Howard and the defendant.

      Dated this 9th day of January, 2024.

                                                            BY THE COURT:

                                                          s/ Michael D. Nelson
                                                           United States Magistrate Judge