IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL REIS,

        Defendant.

8:23CR46

LIST OF EXHIBITS

Case Number: 8:23CR46
Courtroom Deputy: Tracy McKibben
Court Reporter: Rogene Schroder

Trial Date(s): October 7-9, 2024

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | Aspen Groves photo, 6202 N. 95th Ct. | X | | X | | 10/7/24 |
| 2 | | | Blue plastic cap | X | | X | | 10/7/24 |
| 3 | | | CSI Photos-3/12/22 at 6305 N. 95th Ct., #103 | X | | X | | 10/7/24 |
| 4 | | | Susanne Haney CV | X | | X | | 10/8/24 |
| 5 | | | Robert Bowen CV | X | | X | | 10/8/24 |
| 6 | | | Autopsy Photos | X | | X | | 10/8/24 |
| 7 | | | Blood Vial | | | | | |
| 8 | | | Axis Toxicology Report | X | | X | | 10/8/24 |
| 9 | | | Video from Aspen Grove Parking Lot | X | | X | | 10/8/24 |
| 10 | | | Video from Aspen Grove Entrance | X | | X | | 10/8/24 |
| 11 | | | Aspen Grove Photo of Vehicle | X | | X | | 10/8/24 |
| 12 | | | Photo from Aspen Grove | | | | | |
| 13 | | | Apple iPhone | | | | | |
| 14 | | | Search Warrant for Apple iPhone | X | | X | | 10/8/24 |
| 15 | | | Hard Drive | | | | | |

| # | # | # | Description | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | | | Phone Records – Big Kayla Extract | X | | X | | 10/8/24 |
| 17 | | | Phone Records – Big Kayla | | | | | |
| 18 | | | Phone Records - Hersh | | | | | |
| 19 | | | Phone Records – Hersh Extract | X | | X | | 10/8/24 |
| 20 | | | Phone Records - Paris | | | | | |
| 21 | | | Phone Records – Paris Extract | X | 404 | X | | 10/8/24 |
| 22 | | | Certification Rental Agreement | | | | | |
| 23 | | | Rental Paperwork 2021Kia | X | | X | | 10/8/24 |
| 24 | | | Phone Records CashApp | X | | X | | 10/8/24 |
| 25 | | | Certification CashApp | | | | | |
| 26 | | | CashApp Acct Info Michael Reis | X | | X | | 10/8/24 |
| 27 | | | CashAppAcct Info Paris Hunt | X | | X | | 10/8/24 |
| 28 | | | Anita Lang CV | | | | | |
| 29 | | | DCSO Chemistry Report | X | | X | | 10/8/24 |
| 30 | | | Axon Interview Room 1 | X | | X | | 10/8/24 |
| 31 | | | Paris Hunt Interview | | | | | |
| 32 | | | Paris Hunt 2nd Interview | | | | | |
| 33 | | | Lab Stipulation | X | | X | | 10/8/24 |
| 34 | | | Lang Stipulation | X | | X | | 10/8/24 |
| 35 | | | Dishaw Stipulation | X | | X | | 10/8/24 |
| | 101 | | Entry to Apartment | | | | | |
| | 102 | | Food Pantry 1 | | | | | |
| | 103 | | Food Pantry 2 | | | | | |
| | 104 | | Food pantry 3 | | | | | |
| | 105 | | Kitchen 1 | | | | | |
| | 106 | | Chemical Up High | | | | | |
| | 107 | | Laundry 1 | | | | | |

|  | # |  | Description |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | 108 |  | Laundry 2 |  |  |  |  |  |
|  | 109 |  | Kitchen 3 |  |  |  |  |  |
|  | 110 |  | Kitchen 4 |  |  |  |  |  |
|  | 111 |  | Kitchen 5 Stove |  |  |  |  |  |
|  | 112 |  | Wal Som 25 MG 1 |  |  |  |  |  |
|  | 113 |  | Wal Som 25 MG 2 |  |  |  |  |  |
|  | 114 |  | Wal Som 25 MG 3 |  |  |  |  |  |
|  | 115 |  | Wal Som 25 MG 4 (20 Pills) on Counter |  |  |  |  |  |
|  | 116 |  | Wal Som 25 MG 5 Up Close L44 |  |  |  |  |  |
|  | 117 |  | Pots with Liquid in Oven |  |  |  |  |  |
|  | 118 |  | Prenatal Vitamins by Stove |  |  |  |  |  |
|  | 119 |  | Chemicals under Sink |  |  |  |  |  |
|  | 120 |  | Kitchen Dirty Dishes |  |  |  |  |  |
|  | 121 |  | Kitchen Dirty Dishes with Sippy Cups, etc |  |  |  |  |  |
|  | 122 |  | Space Walker Gummies Delta 10 |  |  |  |  |  |
|  | 123 |  | Empty Gummies |  |  |  |  |  |
|  | 124 |  | Gummies with Sippy Cup, etc |  |  |  |  |  |
|  | 125 |  | Adult Bedroom 1 |  |  |  |  |  |
|  | 126 |  | Adult Bedroom 2 |  |  |  |  |  |
|  | 127 |  | Adult Bedroom 3 |  |  |  |  |  |
|  | 128 |  | Night Stand 1 |  |  |  |  |  |
|  | 129 |  | Night Stand 2 |  |  |  |  |  |
|  | 130 |  | Trash Can in Bedroom |  |  |  |  |  |
|  | 131 |  | Night Stand Up Close |  |  |  |  |  |
|  | 132 |  | Marijuana Pipe on Night Stand w Ring Pop |  |  |  |  |  |
|  | 133 |  | Night Stand Marijuana with Tape |  |  |  |  |  |

| | 134 | | Contents of Purse | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 135 | | Pineapple Express Cartridges | | | | | |
| | 136 | | Purse with Tazer | | | | | |
| | 137 | | Bedroom TV Bed Side Table | | | | | |
| | 138 | | Drawer with Pill Bottles | | | | | |
| | 139 | | Promethazine Blue Lid (1) | | | | | |
| | 140 | | Promethazine Pill Bottle Empty (2) | | | | | |
| | 141 | | Hydrocodone Empty(2) | | | | | |
| | 142 | | Hydrocodone (1) | | | | | |
| | 143 | | Chest of Drawers from Distance | | | | | |
| | 144 | | Chest of Drawers Up Close 3 Pill Containers | | | | | |
| | 145 | | Pill Bottle with Mixed Drugs Inside | | | | | |
| | 146 | | Doxycycline Open Container Pill Bottle | | | | | |
| | 147 | | Pill Bottle with Mixed Drugs | | | | | |
| | 148 | | Dioxy Pill Bottle Empty with Shake | | | | | |
| | 149 | | Collection of Mixed Pills from Pill Bottle | | | | | |
| | 150 | | Sand Sable Next to Open Pill Bottle .. | | | | | |
| | 151 | | Pills with Numbers | | | | | |
| | 152 | | Open Container of Ondansetron… | | | | | |
| | 153 | | Open Pill Bottle with one pill inside | | | | | |
| | 154 | | Pill AMNE… | | | | | |
| | 155 | | One Pill in Open Prescription Bottle | | | | | |
| | 156 | | Pill …MNEL (1100) | | | | | |

|  | 157 |  | Photo of Pill (from Pill Bottle) L--- |  |  |  |  |  |
|--|-----|--|---------------------------------------|--|--|--|--|--|
|  | 158 |  | Pill NEAL |  |  |  |  |  |
|  | 159 |  | Pyidoxine 25 mg |  |  |  |  |  |
|  | 160 |  | Pill LUPIN CEF |  |  |  |  |  |
|  | 161 |  | Pill CEFDINIR |  |  |  |  |  |
|  | 162 |  | Ashtray, chocolate, & gerbil food |  |  |  |  |  |
|  | 163 |  | Cannabis infused pre roll |  |  |  |  |  |
|  | 164 |  | Cannabis Uncle Sam OG Infused |  |  |  |  |  |
|  | 165 |  | Glass Inside of Uncle Sam Package |  |  |  |  |  |
|  | 166 |  | Cannabis Uncle Same Pre Roll Glass |  |  |  |  |  |
|  | 167 |  | 2nd Drawer in Chest of Drawers candy and… |  |  |  |  |  |
|  | 168 |  | Sweets in Drawer |  |  |  |  |  |
|  | 169 |  | Cookies and Cereal in Drawer |  |  |  |  |  |
|  | 170 |  | Laundry in Closet |  |  |  |  |  |
|  | 171 |  | Laundry in Closet 2 |  |  |  |  |  |
|  | 172 |  | Blue Pill bottle Cap on Bed |  |  |  |  |  |
|  | 173 |  | Blue Pill Bottle Cap with White Residue |  |  |  |  |  |
|  | 174 |  | Blue Pill Bottle Cap on Bed 2 |  |  |  |  |  |
|  | 175 |  | Blue Pill Bottle cap – Walmart Label on out… |  |  |  |  |  |
|  | 176 |  | Cany Laying about by Bed |  |  |  |  |  |
|  | 177 |  | Ibuprofen Bottle |  |  |  |  |  |
|  | 178 |  | Ibuprofen 3 Pills Inside Bottle |  |  |  |  |  |
|  | 179 |  | Bathroom Trash can Cigarette Butts |  |  |  |  |  |
|  | 180 |  | Bathroom Cabinet with Pill Bottle |  |  |  |  |  |
|  | 181 |  | Bathroom Cabinet |  |  |  |  |  |

|   | 182 |   | Levoflaxacin Pill Bottle |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
|   | 183 |   | Levoflaxacin 750 MG Pill bottle 2 |   |   |   |   |   |
|   | 184 |   | Levoflaxacin Dated 6.20.20 |   |   |   |   |   |
|   | 185 |   | Levoflaxacin pills in Bottle – 3 dirty looking … |   |   |   |   |   |
|   | 186 |   | Levoflaxacin 3 pills out of bottle with shake |   |   |   |   |   |
|   | 187 |   | Bathroom Under Sink Chemicals |   |   |   |   |   |
|   | 188 |   | Weed Ashtray can Blueberry THC by TV… |   |   |   |   |   |
|   | 189 |   | 50 Shades of Green TCH Blueberry by Coloring Book |   |   |   |   |   |
|   | 190 |   | Theraflu on Child Desk |   |   |   |   |   |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**