IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>MICHAEL REIS,<br><br>             Defendant. | **WITNESS LIST**<br><br>Case No.   8:23cr46<br>Deputy:    Tracy McKibben<br>Reporter:  Rogene Schroder<br>Date:      October 7 – 9, 2024 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Joshua Swafford | October 7, 2024 |
| Heather Rohwer | October 7, 2024 |
| Heather Rohwer | October 8, 2024 |
| Suzanne Haney, MD | October 8, 2024 |
| Robert Bowen, MD | October 8, 2024 |
| Carolyn Kier | October 8, 2024 |
| Joshua Echtinaw | October 8, 2024 |
| Joshua Echtinaw | October 9, 2024 |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |