IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> MICHAEL REIS, <br><br> Defendant. | 8:23CR46 <br><br> ADOPTION OF REVISED PRESENTENCE INVESTIGATION REPORT AND ADDENDUM AND PLAINTIFF'S STATEMENT |

COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states it has no objections, additions, or changes to be made to the Revised Presentence Investigation Report and Addendum completed in connection with this case. Plaintiff anticipates offering no evidence at sentencing, other than to rebut or address those issues raised by Defendant. Plaintiff hereby adopts the information and materials contained within the Revised Presentence Investigation Report and Addendum.

Dated this 14th day of January 2025.

                                                             UNITED STATES OF AMERICA,
                                                             Plaintiff

                                                             SUSAN T. LEHR
                                                             United States Attorney

                                                              *s/Martin J. Conboy, IV*
                      By:    MARTIN J. CONBOY #22257
                             Assistant United States Attorney
                             1620 Dodge Street, Suite 1400
                             Omaha, Nebraska 68102-1506
                             Tel:  (402) 661-3700
                             Fax:  (402) 345-5724
                             martin.conboy@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

I further certify that a true and correct copy of the foregoing was delivered to the following non CM/ECF participant via email.

Jennifer Pommells
U.S. Probation Officer

                                                    s/Martin J. Conboy, IV
                                                    MARTIN J. CONBOY
                                                    Assistant United States Attorney